# STATE OF MICHIGAN

# COURT OF APPEALS

GENESEE COUNTY DRAIN COMMISSIONER, JEFFREY WRIGHT, CHARTER TOWNSHIP OF FENTON, DENNIS BOW, KARYN MILLER, BONNIE MATHIS, PAULA ZELENKO, MARILYN LAFURGEY, RAY FOUST, DAVID GUIGEAR, ROBERT M. PALMER, RICK CARUSO, WILLIAM W. KOVI, MAXINE ORR, VILLAGE OF GOODRICH, VILLAGE OF GAINES, VILLAGE OF LENNON, CHARTER TOWNSHIP OF MUNDY, TOWNSHIP OF ARGENTINE, CHARTER TOWNSHIP OF FLINT, CHARTER TOWNSHIP OF MT. MORRIS, TOWNSHIP OF GAINES, AND CITY OF FLUSHING.

FOR PUBLICATION
March 3, 2015

Plaintiffs-Appellees/Cross-Appellants,

v

GENESEE COUNTY, a Michigan Municipal Corporation, and GENESEE COUNTY BOARD OF COMMISSIONERS,

Defendants-Appellants/Cross-Appellees.

No. 312450
Genesee County Circuit
LC No. 11-97012-CK

Before: STEPHENS, P.J., and SAAD and BOONSTRA, JJ.

STEPHENS, P.J. *(concurring)*

I concur in result only.

/s/ Cynthia Diane Stephens

-1-